UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-458-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER TO SEAL |
| | ) | |
| JAMES VINCENT BOYD | ) | |
| Defendant | ) | |

FOR GOOD CAUSE SHOWN, the Defendant's *Motion to Seal the Sentencing Memorandum (DE 29)* is GRANTED.

SO ORDERED, this the 31st day of July, 2019.

_____
Louise W. Flanagan
U.S. District Court Judge